CITY OF MILWAUKEE, Respondent, vs. ROZMAN, Appellant.

*October 18—November 11, 1924.*

*Milwaukee v. Stachelski, ante, p. 142, followed.*

APPEAL from a judgment of the municipal court of Milwaukee county: A. C. BACKUS, Judge. *Affirmed.*

*A. W. Richter* of Milwaukee, for the appellant.

For the respondent there was a brief by *John M. Niven,* city attorney, and *Leo A. Mullaney,* assistant city attorney, and oral argument by *Mr. Mullaney.*

VINJE, C. J. This case is governed by the case of *Milwaukee v. Stachelski, ante,* p. 142, 200 N. W. 769 (decided herewith).

*By the Court.*—Judgment affirmed.